1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration

4  ARMAND D. ROTH
   Special Assistant United States Attorney
5  California Bar No. 214624

6      333 Market Street, Suite 1500
       San Francisco, California 94105
7      Telephone: (415) 977-8924
       Facsimile: (415) 744-0134
8      E-Mail:Armand.Roth@ssa.gov

9
   Attorneys for Defendant Commissioner of Social Security

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                         **SACRAMENTO DIVISION**

13

14 | LORI E. CHILDE,              )
15 |                              )   CIVIL NO. 11-cv-01007-DAD
   |      Plaintiff,              )
16 |                              )
   |         v.                   )
17 |                              )
   | MICHAEL J. ASTRUE,           )   STIPULATION AND ORDER EXTENDING
18 |                              )   TIME FOR DEFENDANT TO FILE
   | Commissioner of Social Security, )   ANSWER
19 |                              )
   |      Defendant.              )
20 | _____)

21

22

23

24

25

26

27

28

1  IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 40-day extension of time, up to March 12, 2012, to file the answer.  This is Defendant's first request.  This extension is requested because Defendant needs additional time to prepare the transcript.

Respectfully submitted on February 1, 2012

/s/ Daphne L. Macklin  *
DAPHNE L. MACKLIN
Plaintiff's Attorney
* by Armand Roth by email authorization of 2/1/12

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration


/s/ ARMAND D. ROTH
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED: February 2, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\childe1007.eot